SHERI L. CARELLO
Bankruptcy Trustee
P.O. Box 22527
Sacramento, CA 95822-0527
(916)444-8149

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:

**WILLIAM O. WOOD**

Debtor(s).

CASE NO. 95-25048-C-7

DC NO. **SLC-3**
DATE: **November 16, 2010**
TIME: **9:30 am**
/COURTROOM: 35

**TRUSTEE'S MOTION FOR SALE OF ASSETS FREE AND CLEAR OF LIENS AND ENCUMBRANCES**

The Motion of SHERI L. CARELLO, as Trustee of the estate of the above-named debtor, respectfully represents:

1. That movant is the duly elected, qualified and acting Trustee of the estate of the above-named debtors

2. That movant has, as such Trustee, possession of the following asset belonging to the debtors' estate:

> 6411 Lambert Road, Elk Grove, CA
> **APN: #132-0332-033**

3. That it is in the best interest of the estate that said asset be sold in that it will generate cash for the estate and said sale is for the fair market value.

4. The property is being sold in the "as-is" condition. The purchaser is aware of the condition of the property.

5. The Trustee has received an offer from Case Van Steyn for the sum of $180,000.00, cash as evidenced by offer attached hereto as Exhibit "A"

1

6. Any costs of escrow will be split between the estate and the buyer, Mr. Van Steyn.

7. An escrow will be opened at Placer Title on J Street in Sacramento. The real estate property taxes and utility liens will be paid from escrow as applicable.

*9. Opposition, if any, to the granting of this motion shall be in writing and filed with the Clerk of the Court and a copy served on the Trustee not less than a minimum of fourteen (14) days preceding the noticed date or continued date of hearing. Failure to file timely written opposition may result in the motion being resolved without oral argument and the striking of untimely written opposition. As provided in the Local Rules, the court may resolve motions (especially uncontested motions) without oral argument in the event no timely opposition is filed [L.R. 9014-1].*

WHEREFORE, Trustee prays for an Order from this Court allowing her to sell the asset as described herein free and clear of liens and encumbrances.

DATED: 10/11/10

SHERI L. CARELLO, Trustee